UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARMINE MEADOWS, LLC | * | CIVIL ACTION NO: 2:24-cv-00151 |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| SCOTTSDALE INSURANCE COMPANY | * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

*****************************************************************

**ORDER**

The foregoing Joint Motion to Dismiss with Prejudice having been considered:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be GRANTED and that this lawsuit be DISMISSED in its entirety, with prejudice, with each party to bear its own costs.

Signed this __5th__ day of _____November_____, 2024.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA